[No. 5964-9-II.   Division Two.   November 4, 1983.]

PAN ABODE, INC., ET AL, *Respondents*, v. J. A. LOWRIE, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 9879, Tyler C. Moffett, J., entered October 23, 1981. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Reed, J.

[Nos. 5960-6-II; 6108-2-II.   Division Two.   November 4, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. JANNICE JACKSON, *Appellant*.

Appeals from judgments of the Superior Court for Pierce County, Nos. 58892, 59372, Robert A. Jacques and Nile E. Aubrey, JJ., entered September 25 and September 24, 1981. *Affirmed in part* and *reversed in part* by unpublished opinion per Worswick, J., concurred in by Petrich, C.J., and Petrie, J.

[No. 5672-1-II.   Division Two.   November 7, 1983.]

THE STATE OF WASHINGTON, *Respondent*, v. DONALD O. HUNZICKER, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. CR-664, John H. Kirkwood, J., entered June 5, 1981. *Affirmed* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.